denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE A. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc., v. ANNA PEARSALL and LEWIS PEARSALL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

FIFTH AVENUE BANK OF NEW YORK and HENRY E. BURR, as Executors of THOMAS J. O'MARA v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of THOMAS P. ARCHBOLD, Individually and as President of Fire Lieutenant Eligibles Association of Greater New York, and Others, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and THOMAS F. LEE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOHN D. WILLIAMS v. MAUDE ADAMS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

In the Matter of GIOACCHINO GAMBINO and Others v. STATE LIQUOR AUTHORITY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application to Revoke Letters Testamentary Issued to WALTER A. FRIBOURG and EDYTHE FRIBOURG, and to Remove Them as Trustees under the Last Will and Testament of JULIUS GROSSMAN, Deceased. ELLA GROSSMAN and Others — WALTER A. FRIBOURG and EDYTHE FRIBOURG.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIAM H. DRAPER, JR., as Treasurer of DILLON, READ & COMPANY, a Joint Stock Association, v. FIDELITY & DEPOSIT COMPANY OF MARYLAND and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the NEW YORK INDEMNITY COMPANY. INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK — DAVID E. WOLF, Claim No. CO–224 N. Y.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY v. COLUMBIA CASUALTY COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or